1

CELIA McGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
Email: info@dmglawfirm.com

2

3

4

ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA  91367
Telephone: (818) 213-2762
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

5

6

Attorneys for Plaintiff
GERARDO HERNANDEZ

7

8

9

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

GERARDO HERNANDEZ,

        Plaintiff,

v.

NORTHSTAR HOLISTIC
COLLECTIVE, a non-profit mutual
benefit corporation; 1218 C STREET
LLC, a California limited liability
company; and DOES 1 through 20,
Inclusive,

        Defendants.

CASE NO.   2:21 -cv-00854-JAM-JDP

Civil Rights

**ORDER
SETTTING ASIDE DEFAULT
JUDGMENT AGAINST DEFENDANT
NORTHSTAR HOLISTIC
COLLECTIVE, a non-profit mutual
benefit corporation, AND SETTING
THE TIME FOR ITS ANSWER**

19

20

21

22

      FOR GOOD CAUSE SHOWN, the default entered against Defendant Northstar Holistic

Collective is set aside. Defendant Northstar Holistic Collective must file its Answer on or before

September 17, 2021.

23

24

25

   Dated: 9/3/2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

26

27

28