CELIA McGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 213-2762
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

    Plaintiff,

v.

NORTHSTAR HOLISTIC COLLECTIVE, a non-profit mutual benefit corporation; 1218 C STREET LLC, a California limited liability company; and DOES 1 through 20, Inclusive,

    Defendants.

CASE NO.   2:21-cv-00854-JAM-JDP

Civil Rights

**ORDER
SETTTING ASIDE DEFAULT
JUDGMENT AGAINST DEFENDANT
1218 C STREET AND SETTING THE
TIME FOR ITS ANSWER**

    FOR GOOD CAUSE SHOWN, the default entered against Defendant 1218 C Street, LLC is set aside. Defendant 1236 C Street, LLC (improperly named 1218 C Street, LLC) has thirty (30) days to file and serve its answer.

Dated: 9/3/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE