| | |
|---|---|
| CELIA McGUINNESS, Esq. (SBN 159420) <br> DERBY, McGUINNESS & GOLDSMITH, LLP <br> 1999 Harrison Street, Suite 1800 <br> Oakland, CA 94612 <br> Telephone: (510) 987-8778 <br> Facsimile: (510) 359-4419 <br> Email: info@dmglawfirm.com | ANTHONY GOLDSMITH, Esq (SBN 125621) <br> DERBY, McGUINNESS & GOLDSMITH, LLP <br> 21550 Oxnard Street, Suite 300 <br> Woodland Hills, CA  91367 <br> Telephone: (818) 213-2762 <br> Facsimile: (510) 359-4419 <br> Email: info@dmglawfirm.com |

Attorneys for Plaintiff
GERARDO HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> NORTHSTAR HOLISTIC COLLECTIVE, a non-profit mutual benefit corporation; 1218 C STREET LLC, a California limited liability company; and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO.  2:21 -cv-00854-JAM-JDP <br><br> <u>Civil Rights</u> <br><br> **ORDER ON STIPULATION TO ALLOW DEFENDANT 1218 C STREET LLC, a California Limited Liability Company, AN EXTENSION IN WHICH TO FILE ITS ANSWER TO THE COMPLAINT** |

FOR GOOD CAUSE SHOWN, Defendant 1218 C Street, LLC has thirty (30) additional days to file and serve its answer.  The answer of Defendant 1218 C Street, LLC shall file its answer to the complaint on or before November 11, 2021.

Dated: 10/12/2021                                        /s/John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT COURT
                                                                    JUDGE

ORDER