DERBY, McGUINNESS & GOLDSMITH, LLP
CELIA McGUINNESS (Bar No. 159420)
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone:     (510) 987-8778
Facsimile:     (510) 359-4419
cmcguinness@dmglawfirm.com

DERBY, McGUINNESS & GOLDSMITH, LLP
ANTHONY GOLDSMITH (Bar No. 125621)
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone:     (818) 213-2762
Facsimile:     (510) 359-4419
agoldsmith@dmglawfirm.com

**Attorneys for Plaintiff**
**GERARDO HERNANDEZ**


DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
MONICA HANS FOLSOM (Bar No. 227379)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone:     (916) 661-5700
Facsimile:     (916) 661-5701
mfolsom@delfinomadden.com

**Attorneys for Defendant**
**NORTHSTAR HOLISTIC COLLECTIVE,**
**a non-profit mutual benefit corporation**


PETERSON WATTS LAW GROUP, LLP
RICHARD M. WATTS, JR. (Bar No. 221268)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661-4276
Telephone:     (916) 780-8222
Facsimile:     (916) 780-8775
rwatts@petersonwatts.com

**Attorneys for Defendant**
**1236 C STREET, LLC,**
**a California limited liability company**

///

///

///

///

///

1

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF CALIFORNIA

3

4  GERARDO HERNANDEZ

| | Case No.: 2:21-cv-00854-JAM-JDP |

5          Plaintiff,

| | Complaint Filed:      May 11, 2021 |
| | Trial Date:           None Scheduled |

6      vs.

7  NORTHSTAR HOLISTIC COLLECTIVE, **STIPULATION TO DISMISS ALL CLAIMS**
   a non-profit mutual benefit corporation; **AGAINST DEFENDANTS WITH**

8  1218 C STREET LLC, a California limited **PREJUDICE WITH THE COURT TO**
   liability company; and DOES 1 through 20, **RETAIN JURISDICTION AND ORDER**

9  inclusive,

10         Defendants.

11

12

13                              STIPULATION

14         The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure

15  41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to

16  the Dismissal with Prejudice of the Complaint filed by Plaintiffs with each party to bear its own

17  attorney's fees and costs subject to an order continuing jurisdiction to enforce the terms of the

18  settlement agreement which is attached hereto as Exhibit "A."

19

20  DATED:  April 25, 2022                     DERBY, McGUINNESS & GOLDSMITH, LLP

21

22                                            By: /s/ *Anthony Goldsmith*
                                              CELIA McGUINNESS

23                                            ANTHONY GOLDSMITH
                                              Attorneys for Plaintiff

24                                            GERARDO HERNANDEZ

25

26

27

28

00175252.4                              2

1  DATED: April 25, 2022                    DELFINO MADDEN O'MALLEY COYLE &
2                                           KOEWLER LLP
3
4                                           By: /s/ Monica Hans Folsom
5                                               MONICA HANS FOLSOM
                                             Attorneys for Defendant
6                                            NORTHSTAR HOLISTIC COLLECTIVE
7
8  DATED: May 5, 2022                       PETERSON WATTS LAW GROUP, LLP
9
10                                          By: /s/ Richard M. Watts, Jr.
11                                              RICHARD M. WATTS, JR.
                                             Attorneys for Defendant
12                                           1236 C STREET, LLC
13
14
15                              FILER'S ATTESTATION
16        Pursuant to Local Rules, I hereby attest that on May 5, 2022, I, Anthony Goldsmith,
17  attorney with Derby, McGuinness & Goldsmith, LLP received the concurrence of all counsel in
18  the filing of this document.
19
20                                           /s/ Anthony Goldsmith,
                                            Anthony Goldsmith, Esq.
21                                          DERBY, McGUINNESS & GOLDSMITH LLP
22
23
24
25
26
27
28
00175252.4                                    3
STIPULATION TO DISMISS AND ORDER

1

**ORDER**

2          Upon mutual agreement of the parties, all claims against Defendants are dismissed with

3   prejudice with each party to bear their own attorneys' fees, costs and litigation expenses, subject

4   this Court continuing jurisdiction to enforce the terms of the settlement agreement.

5

6          **IT IS SO ORDERED.**

7

8   DATED:  May 5, 2022                              /s/ John A. Mendez

9                                                    THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28